rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Brenda Tolbert | | | REPORTER/FTR<br>9:45 - 9:49 | |
| MAGISTRATE JUDGE<br>HON. MARIA-ELENA JAMES | | DATE<br>December 5, 2007 | | NEW CASE<br>☐ | CASE NUMBER<br>3-07-70723 MEJ | |

**APPEARANCES**

| DEFENDANT<br>JULIO CESAR REBOLLAR | AGE<br>35 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Dan Blank | | PD. ☒ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Tarek Helou | | INTERPRETER<br>Melinda Basker-Spanish | | ☒ | FIN. AFFT<br>SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR<br>4 min | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☒ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

FILED
DEC 0 5 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|

| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

**CONTINUANCE**

| TO:<br>12-10-07 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 A.M. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>MEJ | ☒ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant has INS Hold. Prelim/Arrmt Set for 12-19-07 Before MEJ.

BT, PTS,