# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
07 DEC 13 PM 3: 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

JULIO CESAR REBOLLAR
a/k/a Julio Nevarro-Rebollar
a/k/a Javier Reyes Hernandez

DEFENDANT.

## INDICTMENT

Title 8, United States Code, section 1326 - Illegal
Reentry by an Alien After Deportation (Class C Felony)

INDICT

A true bill.

_____
Foreman

Filed in open court this __13__ day of
__DECEMBER__ __2007__

**Brenda Tolbert**
Clerk

MARIA-ELENA JAMES

Bail, $ __No Process__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 8 U.S.C., Section 1326 -
Illegal Reentry by an Alien After
Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ JULIO CESAR REBOLLAR

**DISTRICT COURT NUMBER**

CR 07 0796 JSW

**PENALTY:**
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 07-70723

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year 12/3/2007

**Name and Office of Person Furnishing Information on THIS FORM**    SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**    TAREK J. HELOU

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

**ORIGINAL**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 DEC 13 PH 3: 30

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        CR 07 | |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | |
| JULIO CESAR REBOLLAR<br>a/k/a Julio Nevarro-Rebollar,<br>a/k/a Javier Reyes Hernandez, | SAN FRANCISCO VENUE |
| Defendant. | |

### INDICTMENT

The Grand Jury charges:

On or about November 3, 1998, the defendant,

**JULIO CESAR REBOLLAR,**
a/k/a Julio Nevarro-Rebollar
a/k/a Javier Reyes Herndandez

an alien, was excluded, deported and removed from the United States, and thereafter, on or about December 3, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-

//

//

INDICTMENT                           1

1 | application by the defendant for admission into the United States, in violation of Title 8, United
2 | States Code, Section 1326.

4 | DATED:                                             A TRUE BILL.
5 | 12-13-07

*[signature]*
FOREPERSON

7 | SCOTT N. SCHOOLS
  | United States Attorney

*[signature]*
10 | KYLE F. WALDINGER
   | Deputy Chief, Major Crimes Section

12 | (Approved as to form: *[signature]* )
   | AUSA HELDU

INDICTMENT                                  2