SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-796-JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| JULIO CESAR REBOLLAR<br>a/k/a Julio Nevarro-Rebollar,<br>a/k/a Javier Reyes Hernandez, | |
| Defendant. | |

On December 19, 2007, the parties in this case appeared before the Court and stipulated that time from December 19, 2007 through January 3, 2008 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery, which government counsel will produce.  The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. §

1  3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by this continuance
2  outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
3  3161(h)(8)(A).

4

5  SO STIPULATED:

6
                                                    SCOTT N. SCHOOLS
7                                                   United States Attorney

8

9  DATED: January 3, 2008                    _____/s/_____
                                                    TAREK J. HELOU
10                                                  Assistant United States Attorney

11

12 DATED: January 3, 2008                    _____/s/_____
                                                    DANIEL BLANK
13                                                  Attorney for Defendant JUAN HERRERA-SANTOS

14

15     As the Court found on December 19, 2007, and for the reasons stated above, the Court finds
16 that the ends of justice served by the requested continuance outweigh the best interests of the
17 public and the defendant in a speedy trial. The Court also finds that time from December 19,
18 2007 through January 3, 2008 shall be excluded from Speedy Trial Act calculations for effective
19 preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the requested
20 continuance would deny counsel reasonable time necessary for effective preparation, taking into
21 account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §
22 3161(h)(8)(B)(iv).

23

24 SO ORDERED.

25

26 DATED:_____
                                                    _____
                                                    THE HONORABLE MARIA-ELENA JAMES
27                                                  United States Magistrate Judge

28