UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: January 3, 2008

Case No. CR- 07-796 JSW           Judge: Jeffrey S. White

United States of America   v.   Julio Cesar Rebollar
                                 Defendant
                                 Present ( x ) Not Present ( ) In-Custody ( x )

| Tarek Helou | Daniel Blank and Eric Harriston |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini        Court Reporter: Connie Kuhl
                                        Spanish Interpreter: Melinda Basker

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Discovery has been received by the defense on this date.

**Case Continued to 2-7-08 at 2:30 p.m. for Change of Plea or Trial Setting**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**