1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:     (415) 436-7071
8       Facsimile:     (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,           )  CR No. 07-796-JSW
                                       )
17        Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                       )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18        v.                           )
                                       )
19 JULIO CESAR REBOLLAR                )
       a/k/a Julio Nevarro-Rebollar,   )
20     a/k/a Javier Reyes Hernandez,   )
                                       )
21        Defendant.                   )
                                       )
22

23      On December 19, 2007, the parties in this case appeared before the Court and stipulated that

24 time from December 19, 2007 through January 3, 2008 should be excluded from Speedy Trial

25 Act calculations because defense counsel needs adequate time to review discovery, which

26 government counsel will produce.  The parties represented to the Court that the length of the

27 requested continuance was the reasonable amount of time necessary for effective preparation of

28 defense counsel, taking into account the exercise of due diligence.  18 U.S.C. §

Stipulation and [Proposed] Order Excluding Time
CR 07-796-JSW                                                                              1

3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

          SCOTT N. SCHOOLS
          United States Attorney

DATED: January 3, 2008          /s/
          TAREK J. HELOU
          Assistant United States Attorney

DATED: January 3, 2008          /s/
          DANIEL BLANK
          Attorney for Defendant JUAN HERRERA-SANTOS

    As the Court found on December 19, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds that time from December 19, 2007 through January 3, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED:  January 10, 2008          _____
          THE HONORABLE MARIA-ELENA JAMES
          United States Magistrate Judge