JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JULIO CESAR REBOLLAR ) <br>     a/k/a Julio Nevarro-Rebollar, ) <br>     a/k/a Javier Reyes Hernandez, ) <br> ) <br>     Defendant. ) <br> ) | CR No. 07-796-JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    On January 3, 2008, the parties in this case appeared before the Court and stipulated that time from January 3, 2008 through February 7, 2008 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery, which government counsel will produce.  The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. §

3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 15, 2008                             /s/
TAREK J. HELOU
Assistant United States Attorney

DATED: January 15, 2008                             /s/
ERIC M. HAIRSTON
Attorney for Defendant JULIO CESAR REBOLLAR

   As the Court found on January 3, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds that time from January 3, 2008 through February 7, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                    _____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

Stipulation and [Proposed] Order Excluding Time
CR 07-796-JSW                                                                                                                2