JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIO CESAR REBOLLAR<br>    a/k/a Julio Nevarro-Rebollar,<br>    a/k/a Javier Reyes Hernandez,<br><br>    Defendant. | CR No. 07-796-JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On January 3, 2008, the parties in this case appeared before the Court and stipulated that time from January 3, 2008 through February 7, 2008 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery, which government counsel will produce. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. §

1  3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance
2  outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
3  3161(h)(8)(A).

5  SO STIPULATED:

                                                JOSEPH P. RUSSONIELLO
7                                               United States Attorney

9  DATED: January 15, 2008              _____/s/_____
                                                TAREK J. HELOU
10                                              Assistant United States Attorney

12  DATED: January 15, 2008             _____/s/_____
                                                ERIC M. HAIRSTON
13                                              Attorney for Defendant JULIO CESAR
    REBOLLAR

16      As the Court found on January 3, 2008, and for the reasons stated above, the Court finds that
the ends of justice served by the requested continuance outweigh the best interests of the public
and the defendant in a speedy trial.  The Court also finds that time from January 3, 2008 through
February 7, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation
of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested continuance
would deny counsel reasonable time necessary for effective preparation, taking into account the
exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §
3161(h)(8)(B)(iv).

SO ORDERED.

DATED: January 15, 2008              _____
                                                THE HONORABLE JEFFREY S. WHITE
                                                United States District Court Judge