BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant NEVARRO-REBOLLAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00796-JSW |
| ) | |
| Plaintiff, ) | NOTICE OF ADDITION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| JULIO CESAR NEVARRO-REBOLLAR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

As parties and the Court are aware, Assistant Federal Public Defender Daniel P. Blank is

on family leave for six months as of Friday, January 11, 2008. Accordingly, to ensure that the

docket in the above-captioned case is appropriately monitored in his absence, please add

Assistant Federal Public Defender Eric Matthew Hairston to this case. Contact information is

listed above.

Dated: January 16, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

        /S/
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender

Notice of Addition of Counsel                    1