BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant REBOLLAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIO CESAR REBOLLAR, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal No. CR 07-0796 JSW <br><br> **[PROPOSED] ORDER AND STIPULATION CONTINUING APPEARANCE FROM FEBRUARY 7, 2008 TO FEBRUARY 14, 2008** |

This matter is currently set for a change of plea/trial setting appearance on February 7, 2008, at 2:30 p.m. The parties in this case hereby stipulate that, subject to the Court's approval, the appearance in the above-captioned matter shall be continued to February 14, 2008 at 2:30 p.m., or as soon thereafter as the matter may be heard.

//
//
//
//
//
//

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 07-0796 JSW**

1 | The parties anticipate that a fast-track plea will be entered in this matter at the next appearance.

2 |     IT IS SO STIPULATED.

3

4 | DATED: 2/5/2008                                             /s/
                                                         Eric Matthew Hairston
                                                         Counsel for Julio Cesar Rebollar

7 | DATED: 2/5/2008                                             /s/
                                                         Tarek Helou
                                                         Assistant U.S. Attorney

9 |     IT IS SO ORDERED.

11 | DATED:_____
                                                         THE HON. JEFFREY S. WHITE
                                                         United States District Court Judge

**[PROPOSED[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 07-0796 JSW**           2