1 | BARRY J. PORTMAN
Federal Public Defender
2 | ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA 94102
4 | Telephone: (415) 436-7700

5 | Counsel for Defendant REBOLLAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0796 JSW |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION CONTINUING |
| | ) | APPEARANCE FROM FEBRUARY 7, |
| JULIO CESAR REBOLLAR, | ) | 2008 TO FEBRUARY 14, 2008 |
| Defendant. | ) | |

This matter is currently set for a change of plea/trial setting appearance on February 7, 2008, at 2:30 p.m. The parties in this case hereby stipulate that, subject to the Court's approval, the appearance in the above-captioned matter shall be continued to February 14, 2008 at 2:30 p.m., or as soon thereafter as the matter may be heard.

//
//
//
//
//
//

[PROPOSED] ORDER AND
STIPULATION FOR CONTINUANCE
CR 07-0796 JSW

1 | The parties anticipate that a fast-track plea will be entered in this matter at the next appearance.

2 |     IT IS SO STIPULATED.

3

4 | DATED: 2/5/2008                          /s/
                                        Eric Matthew Hairston
                                        Counsel for Julio Cesar Rebollar

5

6

7 | DATED: 2/5/2008                          /s/
                                        Tarek Helou
                                        Assistant U.S. Attorney

8

9 |     IT IS SO ORDERED.

10

11 | DATED: February 6, 2008

12 | THE HON. JEFFREY S. WHITE
United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER AND
STIPULATION FOR CONTINUANCE
CR 07-0796 JSW          2