UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date:  February 14, 2008

Case No. CR- 07-796 JSW          Judge: Jeffrey S. White

United States of America  v.  Julio Cesar Rebollar
                               Defendant
                               Present ( x ) Not Present ( ) In-Custody ( x )

Tarek Helou                         Eric Harriston
U.S. Attorney                       Defense Counsel

Deputy Clerk: Jennifer Ottolini     Court Reporter: Margo Gurule
                                    Spanish Interpreter: Melinda Basker

### PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**  The Defendant is sworn.

The Court voir dired the Defendant re: Change of Plea

The Defendant pled guilty to Count one of the Indictment in violation of 8 USC § 1326(b), illegal entry into the United States following deportation.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a criminal history report and modified probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains in U.S. Marshal custody.

Case Continued to March 27, 2008 at 2:30 p.m. for Judgment and Sentencing