UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: March 27, 2008

Case No. CR- 07-796 JSW          Judge: Jeffrey S. White

United States of America  v.  Julio Cesar Rebollar
                               Defendant
                               Present ( x ) Not Present ( ) In-Custody ( x )

| Tarek Helou | Eric Harriston |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini       Court Reporter: Kathy Powell
                                      Spanish Interpreter: Melinda Basker
                                      USPO: Cheryl Simone

### PROCEEDINGS

REASON FOR HEARING: Judgment and Sentencing

RESULT OF HEARING:
The Court accepted the plea agreement. The defendant is sentenced as follows:
Commitment to the Bureau of Prisons (BOP) for a term 27 months followed by 3 years of supervised release. Obey all laws and the stand conditions of release and comply with the following additional conditions:
1) The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon reentry into the United States during the period of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours;
2) The defendant shall pay any special assessment that is imposed by this judgment, (and that remains unpaid at the commencement of the term of supervised release);
3) The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons;
4) The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Fine waived.
$100 Special Assessment, due immediately.